UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Crim No.: 6:12-cr-00028-GFVT-HAI-1 |
| | ) | Related Civ No.: 6:16-cv-00076-GFVT-HAI |
| V. | ) | |
| | ) | **JUDGMENT** |
| EUGENE SLONE, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

\*\*\*　\*\*\*　\*\*\*　\*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Respondent;

2. A Certificate of Appealability is **DENIED** as to all issues raised by Petitioner; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 13th day of August, 2019.



Gregory F. Van Tatenhove
United States District Judge